PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIKA ARORA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 1:23-CV-01642-JLT-SKO<br><br>**STIPULATION AND ORDER FOR TEMPORARY ABEYANCE**<br><br>**(Doc. 7)** |

　　　　The Defendants respectfully request to hold this case in temporary abeyance through July 18, 2024, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2015.  USCIS has scheduled Plaintiff's asylum interview for March 20, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.

　　　　The parties therefore stipulate that this matter be held in temporary abeyance through July 18, 2024.  The parties further request that the Mandatory Scheduling Conference on February 27, 2024, and all other filing and case management deadlines be similarly vacated. In the event USCIS reschedules the interview on Plaintiff's application, they agency will endeavor to reschedule the interview within four weeks.

1

Respectfully submitted,

Dated: January 5, 2024                    PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ ELLIOT C. WONG
                                          ELLIOT C. WONG
                                          Assistant United States Attorney


                                          /s/ JESSICA ARENA
                                          JESSICA ARENA
                                          Counsel for Plaintiff

## **ORDER**

Based on the foregoing, and good cause appearing, this matter will be held in temporary abeyance through July 18, 2024.  The Scheduling Conference set for February 27, 2024, is CONTINUED to July 18, 2024, at 9:30 AM.  The parties shall file their joint scheduling report no later than seven (7) days before the Scheduling Conference, and in the report, they should address the status of the case and indicate whether they wish to lift or extend the abeyance.

IT IS SO ORDERED.

Dated:   **January 9, 2024**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

2